UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH UNDRAY FORD, | No. 2:15-cv-2463 MCE GGH |
| Petitioner, | |
| v. | ORDER |
| SUZANNE M. PEERY, | |
| Respondent. | |

Good cause appearing, Petitioner's request for an extension of time to file his objections to this court's Findings and Recommendations is granted. Petitioner shall have to and including March 24, 2017 to file those objections.

Dated: March 6, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE