UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH UNDRAY FORD,<br><br>Petitioner,<br><br>v.<br><br>SUZANNE M. PEERY,<br><br>Respondent. | No.  2:15-cv-02463 MCE GGH P<br><br><br><br>ORDER |

Parties are ordered to file a joint status report when all appellate proceedings before the Ninth Circuit Court of Appeals are finalized. Parties shall also inform the court the result of such proceedings and whether the initial remand order by the Ninth Circuit Court of Appeals for a new trial remains in effect.

IT IS SO ORDERED.

Dated: February 3, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1